IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>Melvin Edwards<br><br><br><br><br>    Defendant(s). | Criminal No. 04 - 20420 - M1<br><br>(30-Day Continuance) |

### CONSENT ORDER ON CRIMINAL CASE CONTINUANCE AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the July, 2005, criminal rotation calendar, but is now RESET for report at ~~9:00~~ 3:30pm a.m. on Friday, July 15, 2005, with trial to take place on the August, 2005 rotation calendar with the time excluded under the Speedy Trial Act through August 12, 2005. Agreed in open court at report date this 24th day of June, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6/27/05_

64

SO ORDERED this 24th day of June, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney

_____
with permission
by [signature]

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:04-CR-20420 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Laura J. Johnson
Attorney at Law
126 Rue Touline Street
Natchitoches, LA 71457

Honorable Jon McCalla
US DISTRICT COURT