IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -9 PM 2:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>MELVIN EDWARDS )<br>)<br>Defendant. )<br>) | CR. NO. 04-20420-Ml |

### ORDER ON CHANGE OF PLEA

This cause came to be heard on August 8, 2005, the United States Attorney for this district, Lorraine Craig, appearing for the Government and the defendant, Melvin Edwards, appearing in person and with counsel, Laura Johnson, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to Count 2 of the Indictment.

Plea colloquy was held and the Court accepted the guilty pleas.

**SENTENCING** in this case is **SET** for **THURSDAY, NOVEMBER 3, 2005, at 9:00 a.m.**, in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.

Defendant is allowed to remain released on present bond.

**ENTERED** this the 8 day of August, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-9-05

79

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 79 in case 2:04-CR-20420 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Laura J. Johnson
LAW OFFICE OF LAURA J. JOHNSON
112 Horne
Natchitoches, LA 71457

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT