IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ /s/ _____ D.C.

05 NOV -1 PM 2: 59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. NO. 04-20420 |
| vs. | ) | |
| | ) | 21 U.S.C. § 846 |
| MELVIN EDWARDS, | ) | 21 U.S.C. § 841 (a)(1) |
| | ) | 18 U.S.C. § 922 (g) |
| Defendant | ) | 18 U.S.C. § 924 (c) |
| | ) | 18 U.S.C. § 2 |
| | ) | 21 U.S.C. § 844 |

## ORDER

Considering the above and foregoing,

**IT IS ORDERED** that the hearing set for MELVIN EDWARDS, on Thursday, November 3, 2005, be continued until the **1st** day of **December**, 200**5**, at **2:00 p.m.**

Signed this **1** day of **Nov.**, 2005.

_____
Honorable Jon McCalla
Judge, United States District Court

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on **11-2-05**

88

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 88 in case 2:04-CR-20420 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Laura J. Johnson
LAW OFFICE OF LAURA J. JOHNSON
112 Horne
Natchitoches, LA 71457

Honorable Jon McCalla
US DISTRICT COURT