IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NOV 27 2005 |
| Plaintiff, | ) | CR. NO. 04-20420 |
| vs. | ) | |
| | ) | 21 U.S.C. § 846 |
| MELVIN EDWARDS, | ) | 21 U.S.C. § 841 (a)(1) |
| | ) | 18 U.S.C. § 922 (g) |
| Defendant | ) | 18 U.S.C. § 924 (c) |
| | ) | 18 U.S.C. § 2 |
| | ) | 21 U.S.C. § 844 |

**ORDER**

Considering the above and foregoing,

**IT IS ORDERED** that the hearing set for MELVIN EDWARDS, on Thursday, December 1, 2005, be continued until the **13th** day of **February**, 200 **6**, at **9:00 a.m**.

Signed this __29__ day of __NOV.__, 2005.

Honorable Jon McCalla
Judge, United States District Court

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:04-CR-20420 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Laura J. Johnson
LAW OFFICE OF LAURA J. JOHNSON
112 Horne
Natchitoches, LA 71457

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT